UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     SHARON SIMMONS | CASE NO. 13-12477 |
| DEBTOR | SECTION B |
| | CHAPTER 13 |

### ORDER APPROVING EX PARTE APPLICATION FOR COMPENSATION OF $350.00 FOR OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

The foregoing Ex Parte Application for Fees having been considered **(P-49)**;

**IT IS ORDERED** that the fee requested by Phillip D. Rubins in the amount of $350.00 inclusive of costs, be and is hereby approved, and ordered paid all in the plan, through the trustee.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, June 19, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge